IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-00019-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID CURTIS COONCE, | ) | |
| | ) | |
| Defendant. | ) | |

On July 15, 2015, Defendant pleaded guilty, pursuant to a memorandum of plea agreement, to one count of receipt of child pornography, in violation of 18 U.S.C. § 2255(a)(2). [DE-11, -14]. The Government, at that time, moved for detention by oral motion, which after a hearing was denied. [DE-11]. The court, thereafter, entered an Order Setting Conditions of Release, which was stayed pending removal of weapons from and installation of a suitable line for electronic monitoring in Defendant's residence. [DE-15] at 3. Having now been informed by the United States Marshals Service that these pre-conditions to release (i.e., removal of weapons and installation of a suitable line for electronic monitoring) have been met, Defendant shall be RELEASED subject to the remaining conditions specified in the Order Setting Conditions of Release [DE-15].

SO ORDERED, this the 21st day of July 2015.

_____
Robert B. Jones, Jr.,
United States Magistrate Judge