PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. David Curtis Coonce                   Docket No. 4:15-CR-19-1 FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, David Curtis Coonce, who was placed under pretrial release supervision after pleading guilty to Count 1 of the Criminal Information by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on the 15th day of July, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since being placed on pretrial release, the defendant has been supervised in the Western District of Missouri by Senior U.S. Probation Officer Sharie Rey. She has requested that the defendant's pretrial release conditions be modified to include mental health treatment. The defendant signed a waiver agreeing to the proposed modification of supervision. Both the Government and defense counsel were contacted and have no objection to the court modifying the conditions of release to include mental health treatment.

**PRAYING THAT THE COURT WILL ORDER** the defendant's conditions of release be modified to include:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street,
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: September 17, 2015

### ORDER OF THE COURT

Considered and ordered the 17 day of September, 2015, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge